FILED
JUL 2 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

HOWMET CORPORATION

　　　　　　　　Plaintiff,

v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY and
STEPHEN L. JOHNSON

　　　　　　　　Defendants.

Case: 1:07-cv-01306
Assigned To : Sullivan, Emmet G.
Assign. Date : 7/23/2007
Description: Admn. Agency Review

## CERTIFICATE UNDER LCvR 7.1

I, the undersigned, counsel of record for Plaintiff Howmet Corporation, certify that to the bet of my knowledge and belief, the following are parent companies, subsidiaries, or affiliates of Howmet Corporation, which have any outstanding securities in the hands of the public: Howmet Holdings Corporation; Howmet International, Inc.; Alcoa Domestic LLC; and Alcoa Inc.

These representations are made in order that judges of this court may determine the need for recusal.

Respectfully Submitted,

_Mara E. Zimmerman_
Mara E. Zimmerman/DC Bar No.: 502040
VINSON & ELKINS L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004-1008
Telephone:　202.639.6778
Facsimile:　202.879.8878

COUNSEL OF RECORD FOR
PLAINTIFF HOWMET CORPORATION

Austin 858348v.1