UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORP., )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY and )<br>STEPHEN L. JOHNSON, )<br>ADMINISTRATOR, U.S. EPA, )<br>    Defendants. )<br>_____) | C.A. No. 07-cv-01306 |

## NOTICE OF APPEARANCE

Catherine M. Wannamaker hereby enters an appearance as counsel for Defendants United States Environmental Protection Agency and Stephen L. Johnson, in his official capacity as Administrator, United States Environmental Protection Agency in the above-entitled action.

Ms. Wannamaker's addresses and telephone number are as follows:

MAILING ADDRESS
Catherine M. Wannamaker
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986

OVERNIGHT DELIVERY/STREET ADDRESS
Catherine M. Wannamaker
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
601 D Street, N.W., Suite 8000
Washington, D.C. 20004

TELEPHONE NUMBERS
Telephone: (202) 514-9365
Facsimile: (202) 514-8865

DATED: August 10, 2007

                                        Respectfully submitted,

                                        RONALD J. TENPAS
                                        Acting Assistant Attorney General
                                        Environment and Natural Resources Division

                                                    /s/
                                        CATHERINE M. WANNAMAKER
                                        Trial Attorney
                                        United States Department of Justice
                                        Environmental Defense Section
                                        P.O. Box 23986
                                        Washington, D.C. 20026-3986
                                        Telephone:     (202) 514-9365

                                        *Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appearance was served by the Court's electronic filing system on August 10, 2007, upon:

Mara E. Zimmerman
VINSON & ELKINS, L.L.P.
The Willard Office Building
1455 Pennsylvania Avenue NW, Suite 600
Washington, DC 20004-1008
Telephone: (202)639-6778
Facsimile: (202)879-8878

Bryan J. Moore
VINSON & ELKINS, L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone: (512)542-8520
Facsimile: (512)236-3329

*Counsel for Plaintiff Howmet Corp.*

\_\_\_/s/_____
Catherine M. Wannamaker