AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Howmet Corporation

**SUMMONS IN A CIVIL CASE**

V.

United States Environmental Protection
Agency, et al.

CASE NUMBER: 1:07-cv-01306 EGS

TO: (Name and address of Defendant)

~~United States Environmental Protection Agency and Stephen L. Johnson, Administrator of United States Environmental Protection Agency~~
Peter D. Keisler, US Attorney General
US Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mara E. Zimmerman, DC Bar No. 502040
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
202-639-6778

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**                                OCT 22 2007

CLERK                                                     DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Howmet Corporation

vs.

United States Environmental Protection Agency, et al.

No. 1:07-CV-01306 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, ROBERT PROFFITT, having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 11-26-1955.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:40 pm on October 22, 2007, I served Peter D. Keisler, US Attorney General at 950 Pennsylvania Avenue, NW, Washington, DC 20530 by serving Willo T. Lee, Mailroom Clerk, authorized to accept. Described herein:

```
SEX-     FEMALE
AGE-     54
HEIGHT-  5'9"
HAIR-    BROWN
WEIGHT-  150
RACE-    BLACK
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on  10/24/07
              Date

ROBERT PROFFITT
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196159