AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Howmet Corporation

**SUMMONS IN A CIVIL CASE**

V.

United States Environmental Protection Agency, et al.

CASE NUMBER: 1:07-cv-01306 EGS

TO: (Name and address of Defendant)

~~United States Environmental Protection Agency and Stephen L. Johnson,~~
~~Administrator of United States Environmental Protection Agency~~
Jeffrey L. Taylor, US Attorney for the District of Columbia
501 3rd Street, NW
Washington, DC 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Mara E. Zimmerman, DC Bar No. 502040
VINSON & ELKINS LLP
1455 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20004-1008
202-639-6778

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    OCT 22 2007

CLERK                                       DATE

(By) DEPUTY CLERK

U.S. DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

Howmet Corporation

vs.

United States Environmental Protection Agency, et al.

No. 1:07-CV-01306 EGS

**AFFIDAVIT OF SERVICE**

to wit: Washington, DC

I, THOMAS C. PARKS, having been duly authorized to make service of the Summons and Complaint with Exhibits in the above entitled case, hereby depose and say:

That my date of birth / age is 03-16-1975.

That my place of business is 1827 18th Street, N.W., Washington, D.C. 20009 (202) 667-0050.

That service was made by a private process server.

That I am not a party to or otherwise interested in this suit.

That at 2:20 pm on October 22, 2007, I served Jeffrey L. Taylor, US Attorney for the District of Columbia at 501 3rd Street, NW, 4th Floor, Washington, DC 20001 by serving Gary Nails, Docket Clerk, authorized to accept. Described herein:

SEX-      MALE
AGE-      32
HEIGHT-   5'10"
HAIR-     BLACK
WEIGHT-   160
RACE-     BLACK

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Affidavit of Service is true and correct.

Executed on 10-23-07
            Date

THOMAS C. PARKS
1827 18th Street, N.W.,
Washington, D.C. 20009
Our File#- 196158