IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORP.  )<br>           )<br>   Plaintiff,  )<br>           )   C.A. No. 07-1306<br>   v.  )<br>           )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY and STEPHEN  )<br>L. JOHNSON, in his official  )<br>capacity as Administrator, U.S.  )<br>Environmental Protection Agency  )<br>           )<br>   Defendants.  )<br>           ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE RESPOND**

Defendants, the United States Environmental Protection Agency and Stephen L. Johnston, Administrator (collectively hereinafter "EPA") move this Court for an extension of time – from December 24, 2007 to February 8, 2008 – in which to file and serve an answer or otherwise respond to Plaintiff Howmet Corporation's ("Howmet") complaint served upon Government counsel on October 22, 2007.  In support of this motion, EPA submits that:

1.   In its Complaint, Howmet seeks judicial review of a May 24, 2007 decision of the EPA's Environmental Appeals Board ("EAB") affirming an administrative law judge's finding that Howmet had violated certain provisions of the Solid Waste Disposal Act, 42 U.S.C. §§ 6901-6992k, as amended by the 1976 Resource Conservation and Recovery Act and the 1984 Hazardous and Solid Waste Amendments (collectively "RCRA"), and the RCRA implementing

regulations promulgated by EPA.

2.     Due to undersigned counsel's departure from government employment on November 30, 2007 and the reassignment of this matter to new counsel, as well as the overlapping leave schedules of agency counsel, EPA anticipates that it will need approximately 45 additional days – through February 8, 2008 – to file and serve an answer or otherwise respond to Plaintiff's Complaint.

3.     This additional time is necessary for EPA to adequately address the issues raised by Plaintiff's claims with reference to the lengthy administrative record before the EAB, and to prepare an appropriate response.

4.     EPA counsel has conferred with Plaintiff's counsel regarding this motion. Plaintiff's counsel does not oppose EPA's request.

WHEREFORE, EPA respectfully requests that the Court grant Defendants' Unopposed Motion for Extension of Time to Answer or Otherwise Respond.

RONALD J. TENPAS
Acting Assistant Attorney General

_____/s/_____
CATHERINE M. WANNAMAKER, Attorney
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
P.O. Box 23986
Washington, D.C. 20026-3986
Phone:        (202) 514-9365

*Attorney for Defendants EPA*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on November 26, 2007, a copy of this pleading was served upon the following counsel of record through the Court's electronic filing system and with a courtesy copy served via email:

Mara Elizabeth Zimmerman
VINSON & ELKINS, L.L.P.
1455 Pennsylvania Avenue, N.W.
Suite 600
Washington, DC 20004-1008
(202) 639-6778
Email: mzimmerman@velaw.com

John A. Riley
VINSON & ELKINS, L.L.P.
2801 Via Fortuna
Suite 100
Austin, TX 78746-7568
(512)542-8520
jriley@velaw.com

*Counsel for Plaintiff Howmet Corp.*

                                                /s/
                                  Catherine M. Wannamaker

DATED: November 26, 2007

IN THE UNITED STATED DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| HOWMET CORP. | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 07-1306 |
| v. | ) |
| | ) |
| UNITED STATES ENVIRONMENTAL | ) |
| PROTECTION AGENCY and STEPHEN | ) |
| L. JOHNSON, in his official | ) |
| capacity as Administrator, U.S. | ) |
| Environmental Protection Agency | ) |
| | ) |
| Defendants. | ) |

**[PROPOSED] ORDER EXTENDING DEFENDANTS' TIME
TO ANSWER OR OTHERWISE RESPOND**

This matter having come before the Court on the unopposed motion of EPA for an extension of time in which to answer the Complaint in this matter, and this Court having considered the motion and the bases therefore, the motion is granted. Therefore, it is

**ORDERED** that EPA's answer to the Complaint is to be filed on February 8, 2008.

So Ordered.

_____
Emmet G. Sullivan
United States District Judge

Case 1:07-cv-01306-EGS    Document 8-2    Filed 11/26/2007    Page 2 of 2