UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORP., <br>     Plaintiff, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL <br> PROTECTION AGENCY and <br> STEPHEN L. JOHNSON, <br> ADMINISTRATOR, U.S. EPA, <br>     Defendants. | ) <br> ) <br> ) <br> ) <br> )    C.A. No. 07-cv-01306 <br> ) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Jessica O'Donnell as counsel on behalf of defendants United States Environmental Protection Agency, et al., replacing Catherine M. Wannamaker. Ms. Wannamaker will no longer appear in this matter.

    Respectfully submitted,

    RONALD J. TENPAS
    Assistant Attorney General
    Environment and Natural Resources Division

      s/ Jessica O'Donnell
    JESSICA O'DONNELL  (D.C. Bar #473166)
    Environmental Defense Section
    U.S. Department of Justice
    P.O. Box 23986
    Washington, D.C. 20026-3986
    Telephone: (202) 305-0851
    E-mail: jessica.odonnell@usdoj.gov

    Street address:
    601 D Street, NW, Suite 8000
    Washington, D.C. 20004

    *Attorneys for Defendant*

Dated: December 14, 2007