UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION<br>6450 Rockside Woods<br>Boulevard S<br>Independence, Ohio  44131<br><br>                              Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and<br>STEPHEN L. JOHNSON, Administrator<br>United States Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, N.W.<br>Washington, DC  20460<br><br>                              Defendants. | Case No. 1:07-cv-01306 (EGS) |

**APPEARANCE**

To the Clerk of this Court and all parties of record:

Please enter the appearance of Bryan J. Moore as counsel in this case for Plaintiff Howmet Corporation.

Respectfully Submitted,

Dated: February 26, 2008          /s/ *Bryan J. Moore*

                                                  Bryan J. Moore/DC Bar No.: 482591
                                                  Vinson & Elkins L.L.P.
                                                  The Terrace 7
                                                  2801 Via Fortuna, Suite 100
                                                  Austin, Texas 78746
                                                  Telephone:    512.542.8520
                                                  Facsimile:    512.236.3329
                                                  Email:        bmoore@velaw.com

956235_1.DOC