UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, and )<br>STEPHEN L. JOHNSON, Administrator, )<br>United States Environmental Protection Agency, )<br>)<br>Defendants. )<br>) | Civ. No. 1:07-cv-01306 (EGS) |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please substitute Angeline Purdy as counsel on behalf of defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator, replacing Jessica O'Donnell. Ms. O'Donnell will no longer appear in this matter.

Dated: April 7, 2008               Respectfully submitted,

                                   RONALD J. TENPAS
                                   Assistant Attorney General
                                   Environment and Natural Resources Division

                                   */s/ Angeline Purdy*

                                   ANGELINE PURDY, Attorney
                                   Environmental Defense Section
                                   U.S. Department of Justice
                                   P.O. Box 23986
                                   Washington, D.C. 20026-3986
                                   (202) 514-0996

1

OF COUNSEL:

MARY GLEAVES
U.S. Environmental Protection Agency
Office of General Counsel
Mail Code 2366A
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

AMY CHESTER
U.S. Environmental Protection Agency - Region 2
Office of Regional Counsel
290 Broadway
New York, New York 10007

DAVID GILLESPIE
U.S. Environmental Protection Agency - Region 6
Office of Regional Counsel
Suite 1200 (6RC-EW)
1445 Ross Avenue
Dallas, Texas 75202-2733