UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and<br>STEPHEN L. JOHNSON, Administrator<br><br>        Defendants. | Case No. 1:07-cv-01306 (EGS) |

**JOINT SUBMITTAL OF MEET AND CONFER REPORT
AND PROPOSED SCHEDULING ORDER**

Per the Court's February 27, 2008, Order for Meet and Confer Report, the parties jointly submit the following report and attached proposed scheduling order.

**STATEMENT OF THE CASE**

This case is an action for review on an administrative record.  As such, it is exempted from the requirements of LCvR 16.3 of the Local Rules and Rule 26(f) of the Federal Rules of Civil Procedure.  *See* LCvR 16.3(b)(1); Fed. R. Civ. P. 26(f).

**STATUTORY BASIS**

Plaintiff brings its claims pursuant to the Administrative Procedure Act, 5 U.S.C. §§ 701-706, as set forth in Plaintiff's Complaint.  Defendants seek recovery of a civil penalty assessed against Plaintiff under Section 3008 of the Resource Conservation and Recovery Act, 42 U.S.C. § 6928, as set forth in Defendants' Counterclaim.

**PROPOSED SCHEDULING ORDER**

The parties conferred prior to April 7, 2008, and have reached agreement on the attached scheduling order, which the parties hereby jointly propose. The parties agree that this case may be disposed of by cross-motions for summary judgment, and have prepared the attached schedule accordingly. Additionally, the Alliance of Automobile Manufacturers ("Alliance") has contacted each of the parties and expressed its interest in participating in this case as an amicus curiae and its intent to motion the Court for leave to file an amicus brief. In the event that the Court grants the Alliance's motion for leave or any other amicus motion that may be filed, the parties have specified a deadline for amicus briefs in the attached proposed schedule.

The parties respectfully request that the Court enter the attached proposed scheduling order.

Respectfully Submitted,

Dated: April 14, 2008

**FOR PLAINTIFF:**

/s/ *Bryan J. Moore*
Bryan J. Moore/DC Bar No.: 482591
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746
Telephone:   512.542.8520
Facsimile:   512.236.3329
Email:       bmoore@velaw.com

**FOR DEFENDANTS:**

*/s/ Angeline Purdy*
*(by B. Moore per email authorization)*
Angeline Purdy
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
Telephone:   202.514.0996
Facsimile:   202.514.8865
Email:       angeline.purdy@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY and<br>STEPHEN L. JOHNSON, Administrator<br><br>      Defendants. | Case No. 1:07-cv-01306 (EGS) |

**[Proposed] SCHEDULING ORDER**

It is hereby ORDERED that:

1. Defendants shall file a certified index of the administrative record on or before May 9, 2008.

2. Plaintiff shall file its motion for summary judgment on or before July 25, 2008.

3. If a motion for leave to file an amicus curiae brief is filed and granted by the Court, the amicus curiae shall file its amicus brief on or before August 29, 2008.

4. Defendants shall file their combined response in opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment, and any response to amicus briefs, on or before October 10, 2008.

5. Plaintiff shall file its combined response in opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment on or before November 14, 2008.

6. Defendants shall file their reply in support of Defendants' cross-motion for summary judgment on or before December 19, 2008.

Date: _____, 2008

                                          Emmet G. Sullivan
                                          United States District Judge