# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 1:07-cv-01306 (EGS) |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | Motions Hearing January 15, 2009 |
| PROTECTION AGENCY, and ) | |
| STEPHEN L. JOHNSON, Administrator, ) | |
| United States Environmental Protection Agency, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF FILING CERTIFIED INDEX

Defendants hereby provides notice of filing the certified indexes to the record for the decision under review in this case, i.e., the Final Decision issued by the Environmental Appeals Board in In re Howmet Corporation, RCRA (3008) Appeal No. 05-04 on May 24, 2007. Attached to this notice are the certified indexes of documents that comprise the record.


Dated: May 8, 2008                         Respectfully submitted,

                                           RONALD J. TENPAS
                                           Assistant Attorney General
                                           Environment and Natural Resources Division

                                                /s/ Angeline Purdy

                                           ANGELINE PURDY, Attorney
                                           Environmental Defense Section
                                           U.S. Department of Justice
                                           P.O. Box 23986
                                           Washington, D.C.  20026-3986
                                           (202) 514-0996

1

OF COUNSEL:

MARY GLEAVES
U.S. Environmental Protection Agency
Office of General Counsel
Mail Code 2366A
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

AMY CHESTER
U.S. Environmental Protection Agency - Region 2
Office of Regional Counsel
290 Broadway
New York, New York 10007

DAVID GILLESPIE
U.S. Environmental Protection Agency - Region 6
Office of Regional Counsel
Suite 1200 (6RC-EW)
1445 Ross Avenue
Dallas, Texas 75202-2733

CERTIFICATION OF THE ADMINISTRATIVE RECORD BEFORE
THE ENVIRONMENTAL APPEALS BOARD

I, Eurika Durr, am Clerk of the Board for the United States Environmental Protection Agency (EPA) Environmental Appeals Board. My duties include maintenance of the official records for all adjudicatory oral arguments before EPA's Environmental Appeals Board.

I hereby certify that the attached index constitute a true and correct index to the administrative record pertaining to the Environmental Appeals Board's adjudication in the proceeding In re: Howmet Corporation Appeal No. RCRA (3008) 05-04

I swear or affirm under penalty of perjury that the foregoing is true and correct.

Date: 1/18/2008

Eurika Durr, Clerk of the Board
Environmental Appeals Board
U.S. Environmental Protection Agency
Washington, DC 20460-0001

**Environmental Appeals Board Docket**

Environmental Appeals Board Docket
Howmet Corporation
RCRA (3008) 05-04

| Filing Date | Filing # | Description | Originator |
|---|---|---|---|
| 10/31/2005 | 1 | Notice of Appeal and Brief in Support | Bryan J. Moore, Attorney |
| 11/2/2005 | 2 | Fax--Initial Decision | William B. Moran, ALJ |
| 11/15/2005 | 3 | Region 2 Response Brief to Howmett's Appeal of Initial Decision | Amy R. Chester, Asst RC |
| 12/9/2005 | 4 | Howmett Corporation's Petition for Oral Argument | Bryan J. Moore, attorney |
| 12/12/2005 | 5 | Fax--EPA's Response to Howmet Corporation's Petition for Oral Argument | Amy Chester, Attorney |
| 12/9/2005 | 6 | Fax--Howmet Corporation's Petition for Oral Argument | Bryan Moore, Attorney |
| 12/15/2005 | 7 | EPA's Response to Howmet Corporation's Petition for Oral Argument | Amy Chester and John Emerson, Attorneys |
| 2/10/2006 | 8 | Order Scheduling Oral Argument | Edward Reich |
| 2/10/2006 | 9 | Facsimile to Amy Chester, et all -- Order Scheduling Oral Argument | Annette Duncan, Secretary |
| 3/9/2006 | 10 | Domestic Return Receipt | John A. Riley / Brian J. Moore |
| 3/30/2006 | 11 | Notification of Counsel presenting Oral Argument | Amy R. Chester, Asst Regional Counsel |
| 4/5/2006 | 12 | Notification of counsel Presenting Oral Argument | Bryan J. Moore, Attorney |
| 4/6/2006 | 13 | Notification of Counsel Presenting Oral Argument | Bryan J. Moore, Attorney |
| 4/6/2006 | 14 | Joint Stipulation on Penalty Amount | Amy Chester and John Emerson |
| 5/4/2006 | 15 | Transcript | Miller Reporting Company, Inc. |
| 5/4/2006 | 16 | Word Index included with Min-U-Script | Miller Reporting Company, Inc. |
| 5/24/2007 | 17 | Final Decision | |
| 5/31/2007 | 18 | Domestic Return Receipt (HARD COPY ONLY) | John A. Riley / Brian J. Moore |
| 6/25/2007 | 19 | Fax -- Unopposed Motion to Stay Penalty Pending Appeal | Bryan J. Moore |
| 6/26/2007 | 20 | Original -- Unopposed Motion to Stay Penalty Pending Appeal | |
| 7/3/2007 | 21 | Order Granting Unopposed Motion to Stay Penalty Pending Appeal | |
| 7/3/2007 | 22 | Facsimile Cover Sheet Karen Maples et al Order Granting Unopposed Motion to Stay Penalty Pending Appeal | Annette Duncan, Secretary |
| 9/4/2007 | 23 | Memorandum to Karen Maples, Region 2 and Lorena Vaughn, Region 6 -- EAB returning case file (HARD COPY ONLY) | Eurika Durr, Clerk of the Board |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Howmet Corporation

              Plaintiff,

      v.                                  Case 1:07-cv-01306 (EGS)

United States Environmental Protection
 Agency, and Stephen L. Johnson, Administrator

              Defendants.

## CERTIFICATION OF THE ADMINISTRATIVE RECORD

    I, Karen Maples, am the Regional Hearing Clerk of the Environmental Protection Agency, Region II. I hereby certify that I have custody of the administrative record for the administrative proceeding, In the Matter of Howmet Corporation, EPA Docket Number RCRA-02-2004-7102, and that the attached index of documents accurately identifies each document contained in the record.

                                                      Karen Maples
                                                      Regional Hearing Clerk
                                                      U.S. Environmental Protection
                                                       Agency - Region II
                                                       290 Broadway, 16th Floor
                                                       New York, New York 10007-1866

Dated: February 7, 2008



ADMINISTRATIVE DOCKET

**Howmet Corporation**
**Docket No. RCRA-02-2004-7102**

1. Complainant's Complaint and Notice of Opportunity for Hearing dated October 23, 2003, issued to William R. Rossi, General Manager, Howmet Corporation, 9 Roy Street, Dover, NJ 07801-4308 and Sanford W. Harvey, Jr., Esq., Legal Department, Alcoa Inc., 201 Isabella Street, Pittsburgh, PA 15212-5858. (Received by RHC on 11/03/03.)

2. Respondent filed an Answer to Complaint, from Atty J. Riley dated December 8, 2003. (Received by RHC on 12/08/03.)

3. Letter from Regional Hearing Clerk ("RHC") to Chief, Administrative Law Judge ("ALJ") Susan L. Biro, requesting assignment of presiding officer, dated December 8, 2003.

4. Letter to Atty A. Chester, regarding Alternative Dispute Resolution ("ADR"), from ALJ Biro, dated December 12, 2003. (Received by RHC on 12/15/2003.)

5. Letter to Atty J. Riley, regarding Alternative Dispute Resolution ("ADR"), from ALJ Biro, dated December 12, 2003. (Received by RHC on 12/15/2003.)

6. Order initiating Alternative Dispute Resolution Process and Appoint Neutral ALJ Carl C. Charneski, from ALJ Biro, dated January 7, 2004. (Received by RHC on 01/08/04.)

7. Status Report, from Atty Chester, dated March 10, 2004. (Received by RHC on 03/11/04.)

8. Report Recommending Termination of Alternative Dispute Resolution, from ALJ Charneski, dated April 12, 2004. (Received by RHC on 04/14/04.)

9. Order of Designation ALJ William B. Moran, from ALJ Biro, dated April 14, 2004. (Received by RHC on 04/16/04.)

10. Prehearing Order, from ALJ Moran, dated April 14, 2004. (Received by RHC on 04/16/04.)

11. Letter to ALJ Moran requesting Motion for Consolidation and Extension of Time, from Atty C. Thiele, dated June 10, 2004. (Received by RHC on 06/14/04.)

12. Order Denying Consolidation and Granting Extension, from ALJ Moran, dated June 14, 2004. (Received by RHC on 06/16/04.)

13. Initial Prehearing Exchange, from A. Chester, dated June 17, 2004. (Received by RHC on 06/17/04.)

14. Letter to RHC regarding original and one copy of Respondent Howmet's Corporation Initial Prehearing Exchange, from Atty C. Thiele, dated June 18, 2004. (Received by RHC on 06/22/04.)

15. Notice of Hearing, from ALJ Moran, dated July 26, 2004. (Received by RHC on 07/28/04.)

16. Amendment to Initial Prehearing Exchange, from Atty A. Chester, dated August 2, 2004. (Received by RHC on 08/02/04.)

17. Letter to ALJ Moran regarding Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing, from Atty A. Chester, dated August 12, 2004. (Received by RHC on 08/16/04.)

18. Letter to ALJ Moran regarding Respondent Howmet Corporation's Reply to Complainant's Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing, from ALJ C. Thiele, dated August 20, 2004. (Received by RHC on 08/23/04.)

19. Letter to ALJ Moran regarding Complainant's Motion for Partial Accelerated Decision on Liability and to Strike Respondent's Affirmative Defenses, and Joint Stipulations, from Atty A. Chester, dated August 26, 2004. (Received by RHC on 08/26/04.)

20. Memorandum of Law in Support of Complainant's Motion for Partial Accelerated Decision, from Atty A. Chester, dated August 20, 2004. (Received by RHC on 08/26/04.)

21. Memorandum of Law in Support of Complainant's Motion to Strike Affirmative Defenses, from Atty A. Chester, dated August 20, 2004. (Received by RHC on 08/26/04.)

22. Joint Stipulations, from Attys J. Riley and A. Chester, dated August 16, 2004. (Received by RHC on 08/26/04.)

23. Letter to ALJ Moran regarding Supplemental Joint Motion for Approval of Filing Schedule, from Atty A. Chester, dated September 10, 2004. (Received by RHC on 09/13/04.)

24. Order Postponing Hearing, from ALJ Moran, dated September 10, 2004. (Received by RHC on 09/14/04.)

25. Order Granting Consolidation, and Approval of Supplemental Joint Motion for Filing Schedule, from ALJ Moran, dated September 16, 2004. (Received by RHC on 09/21/04.)

26. Letter to ALJ Moran regarding Respondent Howmet Corporation's Motion to Dismiss and Brief in Opposition to Complainant's Motion for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss, from Atty J. Riley, dated November 1, 2004. (Received by RHC on 11/05/04.)

27. Letter to ALJ Moran regarding Complainant's Reply to Respondent's Brief in Opposition to Complainant's Motions for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss ("Respondent's Brief"), from Atty A. Chester, dated November 17, 2004. (Received by RHC on 11/17/04.)

28. Order on Motions, ALJ Moran, dated April 25, 2005. (Received by RHC on 04/28/05.)

29. Letter to ALJ Moran regarding Respondent Howmet Corporation's Motion for Interlocutory Appeal, from Atty J. Riley, dated May 5, 2005. (Received by RHC on 05/10/05.)

30. Order on Respondent's Motion for Interlocutory Appeal, from ALJ Moran, dated May 16, 2005. (Received by RHC on 05/19/05.)

31. Notice of Hearing, from ALJ Moran, dated June 15, 2005. (Received by RHC on 06/09/05.)

32. Supplemental Prehearing Exchange, from Atty A. Chester, dated July 21, 2005. (Received by RHC on 07/22/05.)

33. Notice of Location of Hearing, from ALJ Moran, dated July 25, 2005., (Received by RHC on 07/26/05.)

34. Amendment to Supplemental Prehearing Exchange, from Atty A. Chester, dated July 29, 2005. (Received by RHC on 07/29/05.)

35. Errata, from ALJ Moran, dated, August 22, 2005. (Received by RHC on 08/25/05.)

36. Letter to ALJ Moran regarding Joint Motion Requesting Issuance of an Initial Decision, from Atty J. Riley, dated August 30, 2005. (Received by RHC on 09/02/05.)

37. Letter to ALJ Moran regarding Joint Stipulations, from Atty J. Riley, dated September 2, 2005. (Received by RHC on 09/06/05.)

38. Joint Stipulation on Penalty Amount, from Attys A. Chester, J. Riley, and J. Emerson, dated August 25, 2005. (Received by RHC on 09/08/05.)

39. Initial Decision, ALJ Moran, dated September 30, 2005. (Received by RHC on 10/04/05.)

40. Letter to Clerk of the Board regarding Howmet Corporation's Notice of Appeal and Brief in Support of Notice of Appeal, dated October 28, 2005. (Received by RHC on 10/31/05.)

41. Final Decision, from Environmental Appeals Judges Scott C. Fulton, Edward E. Reich, and Kathie A. Stein, dated May 24, 2007. (Received by RHC on 05/25/07.)

42. Order Granting Unopposed Motion To Stay Penalty Pending Appeal, from Environmental Appeals Judge Scott C. Fulton, dated July 3, 2007. (Received by RHC on 07/10/07.)

43. Notice of Appeal to District Court and Request for Certified Copies of Docket Entries, from Atty J. Riley, dated July 24, 2007. (Received by RHC on 07/25/07.)

44. Memo to K. Maples, RHC Region 2 and L. Vaughn, RHC Region 6, Returning case file back to regions.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Howmet Corporation </br></br>          Plaintiff, </br></br> v. </br></br> United States Environmental Protection </br> Agency and Stephen L. Johnson, Administrator </br></br>          Defendants | Case 1:07-cv-01306 (EGS) |

**CERTIFICATION OF THE ADMINISTRATIVE RECORD**

I, Lorena Vaughn, am the Regional Hearing Clerk of the Environmental Protection Agency, Region VI. I hereby certify that I have custody of the administrative record for the administrative proceeding, In the Matter of Howmet Corporation, EPA Docket Number RCRA-06-2003-0912, and that the attached index of documents accurately identifies each document contained in the record.

_____
Lorena Vaughn
Regional Hearing Clerk
U.S. Environmental Protection Agency
Region VI
1445 Ross Avenue
Dallas, Texas 75202

Dated: May 1, 2008

## ADMINISTRATIVE DOCKET

**HOWMET CORPORATION**
**DOCKET NO. RCRA 06-2003-0912**

1. Complaint, Compliance Order and Notice of Opportunity for Hearing from Samuel Coleman, Director, Compliance Assurance and Enforcement Division. Mailed to Corporation Service Company, 701 Brazos St., Suite 1050, Austin, Texas 78701, dated September 26th, 2003. (Received by the RHC on September 26, 2003).

2. Respondent Howmet Corporation's Answer from John A. Riley and Christopher C. Thiele, Vinson & Elkins L.L.P., The Terrace 7, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, dated October 28th, 2003. (Received by the RHC on October 29, 2003).

3. Fax Copy of the Respondent Howmet Corporation's Answer from John A. Riley and Christopher C. Thiele Vinson & Elkins L.L.P., The Terrace 7, 2801 Via Fortuna, Suite 100, Austin, Texas 78746, dated October 28th, 2003. (Received by the RHC on October 29, 2003).

4. Letter to Chief Administrative Law Judge (ALJ) Susan L. Biro from the Regional Hearing Clerk (RHC), Lorena Vaughn, requesting the assignment of Administrative Law Judge to serve as Presiding Officer, dated December 18th, 2003.

5. Letter to Attorney John A. Riley, Esquire and Christopher C. Thiele, Esquire, regarding Alternative Dispute Resolution (ADR) from ALJ Susan L. Biro, dated January 8, 2004. (Received by the RHC on January 12, 2004).

6. Letter to Attorney Jonathan Weisberg, Esquire, regarding Alternative Dispute Resolution (ADR) from ALJ Susan L. Biro, dated January 8, 2004. (Received by the RHC on January 12, 2004).

7. Order Initiating Alternative Dispute Resolution Process and Appointing Neutral from ALJ Susan L. Biro, dated January 22nd, 2004. (Received by the RHC on January 26, 2004).

8. Order of Redesignation from ALJ Susan L. Biro dated February 9th, 2004. (Received by the RHC on February 10th, 2004).

9. Order of Designation from ALJ Susan L. Biro dated April 14th, 2004. (Received by the RHC on April 15th, 2004).

10. Report Recommending Termination of Alternative Dispute Resolution from ALJ Carl C. Charneski and ALJ Susan L. Biro dated April 12th, 2004. (Received by the RHC on April 15th, 2004).

11. Prehearing Order from ALJ William B. Moran dated April 14th, 2004. (Received by the RHC on April 16th, 2004).

12. Complainant's Notice of Substitution of Counsel from John C. Emerson, Attorney, Environmental Protection Agency, dated April 28, 2004. (Received by the RHC on April 28th, 2004).

13. Fax Copy of the Motion for Consolidation and Extension of Time from John A. Riley and Christopher C. Thiele from Vinson & Elkins, L.L.P. dated June 10th, 2004. (Received by the RHC on June 10th, 2004).

14. Complainant's Response to Motion for Consolidation and Extension of Time from John Emerson, dated June 10th, 2004. (Received by the RHC on June 10th, 2004).

15. Order on Second Unopposed Motion for Extension of Time to File Opening Prehearing Exchanges from ALJ Carl C. Charneski, dated June 9th, 2004. (Received by the RHC on June 14th, 2004).

16. Motion for Consolidation and Extension of Time from John A. Riley and Christopher C. Thiele, Vinson & Elkins, dated June 10th, 2004. (Received by the RHC on June 14th, 2004).

17. Order Denying Consolidation and Granting Extension from ALJ William B. Moran dated June 14th, 2004. (Received by the RHC on June 16th, 2004).

18. Complainant's Prehearing Exchange from John Emerson dated June 18th, 2004. (Received by the RHC on June 18th, 2004).

19. Fax Copy of the Howmet Corporation's Initial Prehearing Exchange from John A. Riley and Christopher C. Thiele, dated June 18th, 2004. (Received by the RHC on June 18th, 2004).

20. Fax to Ms. Vaughn regarding Howmet Corporation's Initial Prehearing Exchange with a corrected fax cover sheet with John C. Emerson listed; Amy Chester did not receive a copy of Howmet's Initial Prehearing Exchange that was noted on the original fax cover sheet, dated June 18th, 2004. (Received by the RHC on June 18th, 2004).

21. Howmet Corporation's Initial Prehearing Exchange from John A. Riley and Christopher C. Thiele, dated June 18th, 2004. (Received by the RHC on June 21st, 2004).

22. Fax Copy of the Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing from Amy Chester and John Emerson dated August 12, 2004. (Received by the RHC on August 13th, 2004).

23. Fax Copy of the Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing from Amy Chester and John Emerson dated August 12, 2004. (Received by the RHC on August 13th, 2004).

24. Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing from Amy Chester and John Emerson dated August 12, 2004. (Received by the RHC on August 20th, 2004).

25. Fax Copy of the Reply to Complainant's Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing from John A. Riley and Christopher C. Thiele, Vinson & Elkins L.L.P. dated August 20th, 2004. (Received by the RHC on August 23, 2004).

26. Reply to Complaint's Joint Motion for Consolidation, Approval of Filing Schedule and Continuance of Hearing from John A. Riley and Christopher C. Thiele, Vinson & Elkins, L.L.P. dated August 20th, 2004. (Received by the RHC on August 25th, 2004).

27. Complainant's Unopposed Motion for Leave to Amend Complaint from John Emerson dated August 26th, 2004. (Received by the RHC on August 26th, 2004).

28. Fax Copy of the Supplemental Joint Motion for Approval of Filing Schedule from Amy Chester, John Emerson, and John A. Riley, Esquire, dated September 10th, 2004. (Received by the RHC on September 10th, 2004).

29. Supplemental Joint Motion for Approval of Filing Schedule from Amy Chester, John Emerson, and John A. Riley, Esquire, dated September 10, 2004. (Received by the RHC on September 14th, 2004).

30. Order Granting Consolidation, and Approval of Supplemental Joint Motion for Filing Schedule from ALJ William B. Moran, dated September 16th, 2004. (Received by the RHC on September 21st, 2004).

31. Complainant's Memorandum of Law in Support of Motion for Partial Accelerated Decision from John C. Emerson, dated October 1, 2004. (Received by the RHC on October 1st, 2004).

32. Complainant's Motion for Partial Accelerated Decision from John C. Emerson, dated October 1st, 2004. (Received by the RHC on October 1st, 2004).

33. Complainant's Motion to Strike Affirmative Defenses from John C. Emerson, dated October 1st, 2004. (Received by the RHC on October 1st, 2004).

34. Fax Copy of the Respondent Howmet Corporation's Motion to Dismiss and Respondent's Brief in Opposition to Complainants' Motions for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss from

John A. Riley dated November 1ˢᵗ, 2004. (Received by the RHC on November 3ʳᵈ, 2004).

35. Respondent Howmet Corporation's Motion to Dismiss and Respondent's Brief in Opposition to Complainants' Motions for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss from John A. Riley, dated November 1ˢᵗ, 2004. (Received by the RHC on November 4th, 2004).

36. Complainant's Reply to Respondent's Brief in Opposition to Complainants' Motions for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss from Amy Chester and John Emerson dated November 16ᵗʰ, 2004. (Received by the RHC on November 26ᵗʰ, 2004).

37. Complainant's Reply to Respondent's Brief in Opposition to Complainant's Motions for Partial Accelerated Decision and to Strike Affirmative Defenses and in Support of Respondent's Motion to Dismiss from Amy Chester and John Emerson dated November 16ᵗʰ, 2004. (2 Copies Received by the RHC on January 12, 2005).

38. Order on Motions from ALJ William B. Moran dated April 25ᵗʰ, 2005. (Received by the RHC on April 28ᵗʰ, 2005).

39. Fax Copy of the Respondent's Motion for Interlocutory Appeal from John A. Riley dated May 5ᵗʰ, 2005. (Received by the RHC on May 5ᵗʰ, 2005).

40. Respondent's Motion for Interlocutory Appeal from John A. Riley dated May 5ᵗʰ, 2005. (Received by the RHC on May 9ᵗʰ, 2005).

41. Complainants' Response to Howmet's Motion for Interlocutory Appeal from Amy Chester and John C. Emerson dated May 12ᵗʰ, 2005. (Received by the RHC on May 12ᵗʰ, 2005).

42. Order on Respondent's Motion for Interlocutory Appeal from ALJ William B. Moran dated May 16ᵗʰ, 2005. (Received by the RHC on May 19ᵗʰ, 2005).

43. First Amended Complaint, Compliance Order and Notice of Opportunity for Hearing from Gerald Fontenot, the Certificate of Service is signed by John Emerson dated June 1ˢᵗ, 2005. (Received by the RHC on Jun1, 2005).

44. Notice of Hearing from ALJ William B. Moran dated on June 15ᵗʰ, 2005. (Received by the RHC on June 10ᵗʰ, 2005).

45. Notice of Hearing Location from ALJ William B. Moran dated July 25, 2005. (Received by the RHC on July 27th, 2005).

46. Complainant's First Supplemental Prehearing Exchange from John Emerson dated August 10ᵗʰ, 2005. (Received by the RHC on August 10ᵗʰ, 2005).

47. Errata from ALJ William B. Moran dated August 22nd, 2005. (Received by the RHC on August 25th, 2005.)

48. Joint Stipulation on Penalty Amount from Amy Chester, John C. Emerson, and John A. Riley dated August 25th, 2005. (Received by the RHC on August 25th, 2005).

49. Fax Copy of the Joint Motion Requesting Issuance of an Initial Decision from Amy Chester, John C. Emerson, and John Riley dated August 30th, 2005. (Received by the RHC on August 30th, 2005).

50. Joint Motion Requesting Issuance of an Initial Decision from Amy Chester, John C. Emerson, and John Riley dated August 30th, 2005. ( 2 Copies received by the RHC on August 30th, 2005).

51. Joint Motion Requesting Issuance of an Initial Decision from Amy Chester, John C. Emerson, and John Riley dated August 30th, 2005. (Received by the RHC on September 1st, 2005).

52. Fax Copy of the Joint Stipulations from John Riley, Amy Chester, and John Emerson dated September 2nd, 2005. (Received by the RHC on September 2nd, 2005).

53. Joint Stipulations from John Riley, Amy Chester, and John Emerson dated September 2nd, 2005. (Received by the RHC on September 2nd, 2005).

54. Joint Stipulations from John Riley, Amy Chester, and John Emerson dated September 2nd, 2005. (Received by the RHC on September 8th, 2005).

55. Initial Decision from ALJ William B. Moran dated September 30th, 2005. (Received by the RHC on October 6th, 2005)

56. Fax Copy of the Howmet Corporation's Notice of Appeal dated October 28th, 2005. (Received by the RHC on October 28th, 2005).

57. Howmet Corporation's Notice of Appeal dated October 28th, 2005. (Received by the RHC on October 28th, 2005).