UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HOWMET CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>UNITED STATES ENVIRONMENTAL<br>PROTECTION AGENCY, et al.<br><br>                Defendants. | Civ. No. 1:07-cv-01306 (EGS) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Please substitute John E. Sullivan as counsel on behalf of defendants United States Environmental Protection Agency and Stephen L. Johnson, Administrator, replacing Angeline Purdy. Ms. Purdy will no longer appear in this matter.

Dated: August 27, 2008

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division

  */s/ John E. Sullivan*

John E. Sullivan
Trial Attorney
Environmental Defense Section
U.S. Department of Justice
P.O. Box 23986
Washington, D.C. 20026-3986
(202) 305-0365
E-mail: john.sullivan3@usdoj.gov

Street address:
601 D Street, NW, Suite 8000
Washington, D.C. 20004

*Attorneys for Defendant*s

1

OF COUNSEL:

MARY GLEAVES
U.S. Environmental Protection Agency
Office of General Counsel
Mail Code 2366A
1200 Pennsylvania Ave., N.W.
Washington, D.C. 20460

AMY CHESTER
U.S. Environmental Protection Agency - Region 2
Office of Regional Counsel
290 Broadway
New York, New York 10007

DAVID GILLESPIE
U.S. Environmental Protection Agency - Region 6
Office of Regional Counsel
Suite 1200 (6RC-EW)
1445 Ross Avenue
Dallas, Texas 75202-2733

**CERTIFICATE OF SERVICE**

I hereby certify that on September 27, 2008, the true and accurate copies of Defendant's Notice of Substitution of Counsel were served by electronic filing upon the following counsel of record:

Bryan J. Moore
Vinson & Elkins L.L.P.
The Terrace 7
2081 Via Fortuna, Suite 100
Austin, Texas 78746

Counsel for Plaintiff
Howmet Corporation

and

Donald J. Patterson, Jr.
Beveridge & Diamond, P.C.
1350 I Street, N.W., Suite 700
Washington, D.C. 20005

Counsel for Amicus Curiae the
Alliance of Automobile Manufacturers



                                          */s/ John E. Sullivan*

                                          John E. Sullivan